CINCINNATI BAR ASSOCIATION *v.* JOSEPH.

[Cite as Cincinnati Bar Assn. *v.* Joseph (1991), 60 Ohio St. 3d 57.]

(No. 90-2536—Submitted March 13, 1991—Decided May 29, 1991.)

*Edwin W. Patterson III, Baron H. Gold* and *Peter W. Swenty*, for relator.
*James N. Perry*, for respondent.

*Per Curiam.* We have reviewed the evidence, findings, and recommendations. We modify the sanction recommended by the board. Accordingly, we indefinitely suspend respondent from the practice of law and tax costs to him. He may petition for reinstatement, under Gov. Bar R. V(25), two years after his indefinite suspension that was effective May 3, 1989.

*Judgment accordingly.*

MOYER, C.J., HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.

DOUGLAS, J., dissenting. I respectfully dissent. The board concluded that respondent be suspended for two years and that he be granted credit for time already served. I agree with the recommendation of the board. I would suspend respondent for two years and give credit for the time he has already served pursuant to our indefinite suspension of respondent on May 3, 1989. The majority decision gives no assurance that respondent will be readmitted upon application. See *Disciplinary Counsel* v. *Bell* (1988), 39 Ohio St. 3d 276, 530 N.E. 2d 404. Because I do not agree with the judgment of the majority, I dissent.

SWEENEY, J., concurs in the foregoing dissenting opinion.